HIRAM HAM, *Appellant, v.* HENRY ASTOR, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

EDWARD FLAHERTY, *Appellant, v.* DAVID HENDERSON, *Respondent.*— Judgment affirmed, with costs. Opinions by INGALLS, J., and by BRADY, J., dissenting.

BERNARD S. BARNE, *Respondent, v.* EDWARD NEUSS and SAMUEL A. HESSLEIN, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BARKER, J.

GEORGE V. HOUSE, *Respondent, v.* JOSEPH AGATE, *Appellant.* — Judgment ' reversed, new trial ordered, costs to abide event. Opinion by INGALLS, J.

LEWIS C. WILSON, *Appellant, v.* JAMES GORDON BENNETT, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

MARIA METZGER, *Administratrix, etc., Respondent, v.* HENRY HERRMANN, *Appellant.* — Judgment and order affirmed, with costs. Opinion by DANIELS, J.

THE MAYOR, ETC., OF THE CITY OF NEW YORK, *Appellants, v.* THE BROADWAY BANK, *Respondent.* — Order reversed, with ten dollars costs and disbursements to abide event. Opinion by BRADY, J.

THE IRVING NATIONAL BANK OF NEW YORK, *Appellant, v.* JAY L. ADAMS, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

VALENTINE STEIN *v.* CONRAD STERN. — Judgment reversed, new trial ordered costs to abide event. Opinion by DANIELS, J.

IN THE MATTER OF HALL BELL. — Order modified as directed in opinion. Opinion by BRADY, J.

CATHARINE M. CREMIN, *Respondent, v.* JOHN F. CREMIN, *Appellant.* — Judgment affirmed, with costs. Opinion by DANIELS, J.

JOSEPH THORN *v.* D. McSHAW. — Judgment and order affirmed. Opinion *Per Curiam.*

MARY A. KENNEDY, *Plaintiff, v.* HENRY J. HULL, *Defendant.*— Judgment ordered for plaintiff, with costs. Opinion *Per Curiam.*

REUBEN VAN TASSEL *v.* DAVID MARKS. — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

ANNA E. YATES *v.* WILLIAM E. STILES. — Order modified as directed in opinion. Opinion *Per Curiam.*

ELIZABETH V. B. SMITH and CHESTER HUNTINGTON, *as Executors, etc., Respondents, v.* EDWARD ROBERTS and IRENE B. ROBERTS, *Appellants.* — Judgment affirmed, with costs. Opinion by BRADY, J.

NANCY C. WESTON, *Appellant, v.* BRAYTON IVES, *Respondent.* — Judgment affirmed, with costs. Opinion by INGALLS, J.